UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/02/2019

ERNESTA VILLEGAS, *individually and on behalf of others similarly situated*,

                    Plaintiff,

-against-

LEX 1751 INC, *doing business as* A1 LAUNDROMAT; FORTUNE ONE, INC., *doing business as* AAA LAUNDROMAT; NEKASA, INC., *doing business as* AAA LAUNDROMAT; AAA LAUNDRY SERVICES, INC., *doing business as* AAA LAUNDROMAT; KLEENER KING GROUP INC., *doing business as* AAA LAUNDROMAT; FAROOQ IMRAN; ABIDA IMRAN; and NEIL KAPRE;

                    Defendants.

19-CV-6782 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

        WHEREAS Plaintiff commenced this action on July 22, 2019, Dkt. 1;

        WHEREAS Plaintiff has filed an affidavit of service as to every defendant except Neil Kapre, *see* Dkts. 21–29;

        WHEREAS Plaintiff's time to effect service pursuant to Rule 4(m) of the Federal Rules of Civil Procedure has elapsed; and

        WHEREAS no defendant has either appeared or answered;

        IT IS HEREBY ORDERED that Plaintiff must move for an order to show cause why default judgment should not be entered against all Defendants who have been served, in accordance with this Court's Individual Practices, no later than **December 20, 2019**. Plaintiff must file proof of service of the summons and complaint as to Defendant Neil Kapre no later than **December 9, 2019**, or else the Court will immediately dismiss Neil Kapre from the case for

1

failure to serve. Failure to comply with this Order may result in an immediate dismissal of this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Date: December 2, 2019
New York, New York

**VALERIE CAPRONI**
**United States District Judge**