UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ERNESTA VILLEGAS,                                         Case No.: 19-CV-06782 (VEC)

                         Plaintiff,

      -against-

LEX 1751 INC (D/B/A A1LAUNDROMAT),                        **OFFER OF JUDGMENT**
FORTUNE ONE, INC. (D/B/A AAA                              **PURSUANT TO FRCP 68**
LAUNDROMAT), AAA LAUNDRY SERVICES, INC.
(D/B/A AAA LAUNDROMAT), KLEENER KING
GROUP INC. (D/B/A AAA LAUNDROMAT), and
IMRAN FAROOQ,
                        Defendants.
------------------------------------------------------------------X

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Lex 1751 Inc., Fortune One, Inc., AAA Laundry Services, Inc., Kleener King Group Inc. and Imran Farooq (hereinafter collectively "Defendants"), by and through their attorneys, Ellenoff Grossman & Schole LLP, offer to allow judgment to be taken against them in favor of and with respect to all claims asserted by Plaintiff Ernesta Villegas in the above-referenced caption, in the gross amount of Twenty Thousand Dollars ($20,000.00), which includes Plaintiff's reasonable attorneys' fees and costs accrued up through the earlier of the expiration, rejection or acceptance of this offer. This offer of judgment is intended to resolve, in full satisfaction, all of Plaintiff's claims as alleged in the Amended Complaint pertaining to this Action, including any reasonable attorneys' fees and costs Plaintiff is demanding from Defendants. This offer is made for the purpose of Fed. R. Civ. P. 68 only, and neither it nor any judgment resulting from this offer may be construed as an admission (a) of liability on the part of Defendants; or (b) that Plaintiff has suffered any damage whatsoever.

Date:    June 19, 2020
             New York, NY

                                                  *Nicole Vescova*
                                                  Ellenoff Grossman & Schole LLP
                                                  Nicole Vescova, Esq.
                                                   1345 Avenue of the Americas
                                                   11th Floor

{00802822.DOCX.3}

        New York, NY 10105
        nvescova@egsllp.com

*Attorneys for Defendants*

To:    Michael Faillace & Associates, P.C.
        Daniel Tannenbaum, Esq.
        60 East 42nd Street, Suite 4510
        New York, New York 10165

*Attorneys for Plaintiff*

{00802822.DOCX.3}