UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNESTA VILLEGAS,<br><br>*Plaintiff*,<br><br>-against-<br><br>LEX 1751 INC (D/B/A A1LAUNDROMAT), FORTUNE ONE, INC. (D/B/A AAA LAUNDROMAT), AAA LAUNDRY SERVICES, INC. (D/B/A AAA LAUNDROMAT), KLEENER KING GROUP INC. (D/B/A AAA LAUNDROMAT), and IMRAN FAROOQ,<br><br>*Defendants*. | Case No. 19-cv-06782(VEC)<br><br>**[Proposed Form Of]<br>JUDGMENT** |

## JUDGMENT

On June 23, 2020 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff ERNESTA VILLEGAS have judgment against Defendants LEX 1751 INC (D/B/A A1LAUNDROMAT), FORTUNE ONE, INC. (D/B/A AAA LAUNDROMAT), AAA LAUNDRY SERVICES, INC. (D/B/A AAA LAUNDROMAT), KLEENER KING GROUP INC. (D/B/A AAA LAUNDROMAT), and IMRAN FAROOQ (collectively "Defendants"), jointly and severally, in the amount of $20,000 (Twenty Thousand Dollars) which is inclusive of attorneys' fees and costs.

This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have as to damages, or any other form of relief, arising out of the alleged acts or omissions of the Defendants, in connection with the facts and circumstances that are the subject of this action.

This judgment is entered pursuant to Rule 68 of the Federal Rules of Civil Procedure, and is not to be construed as an admission of liability by the Defendants, or any officer, employee or agent, either past or present of the Defendants; nor is it an admission that Plaintiff has suffered any damages.

This judgment will act to release and discharge the Defendants; their successors or assigned, and all past and present officers, employees, representatives, attorneys and agents of the Defendants, from any and all claims that were or could have been alleged by Plaintiff on behalf of himself and all others similarly situated in the above-referenced action. This judgment will operate to waive Plaintiff's rights to any claim for interest on the amount of the judgment.

Dated: _____, 2020

_____

**HON. VALERIE E. CAPRONI**