UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ERNESTA VILLEGAS,
                Plaintiff,

      -against-

LEX 1751 INC (D/B/A A1 LAUNDROMAT),
FORTUNE ONE, INC. (D/B/A AAA
LAUNDROMAT), AAA LAUNDRY
SERVICES, INC. (D/B/A AAA LAUNDROMAT),
KLEENER KING GROUP INC. (D/B/A AAA
LAUNDROMAT), and IMRAN FAROOQ,
                Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/26/2020

19 CIVIL 6782 (VEC)

**RULE 68 JUDGMENT**

      Whereas pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants Lex 1751 Inc., Fortune One, Inc., AAA Laundry Services, Inc., Kleener King Group Inc. and Imran Farooq having offered to allow judgment to be taken against them in favor of and with respect to all claims asserted by Plaintiff Ernesta Villegas in the above-referenced caption, in the gross amount of Twenty Thousand Dollars ($20,000.00), which includes Plaintiff's reasonable attorneys' fees and costs accrued; and Plaintiff's attorney having confirmed acceptance of Defendants offer of judgment, it is,

      **ORDERED, ADJUDGED, AND DECREED**, That Plaintiff Ernesta Villegas has judgment in the amount of $20,000.00 as against the Defendants Lex 1751 Inc., Fortune One, Inc., AAA Laundry Services, Inc., Kleener King Group Inc. and Imran Farooq.

**DATED:** New York, New York
            June 26, 2020

                                        **RUBY J. KRAJICK**

                                        **Clerk of Court**
                  **BY:**
                                        **Deputy Clerk**